UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER, et al.,

    Plaintiffs,

v.

HERTZ RENTAL,

    Defendant.
_____/

Case No. 1:19-cv-312

HON. JANET T. NEFF

## **OPINION AND ORDER**

Plaintiffs Alonzo Shaffer and Malikah Stevenson filed this *pro se* lawsuit against Hertz Rental. The Magistrate Judge conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and on April 30, 2019, issued a Report and Recommendation, recommending that the action be dismissed with prejudice because it failed to allege any "facts," which even if accepted as true, state a claim upon which relief may be granted (ECF No. 7 at PageID.34). The Magistrate Judge noted that to the best she could determine, Plaintiffs' complaint "involves a rented vehicle, a nest of bees, bees getting inside the vehicle, bee stings, terror, and a discussion of additional events that could have occurred because of the bees but did not in fact occur" (*id*.). No federal statute was implicated on these facts (*id*).

The matter is presently before the Court on Plaintiffs' cursory objection to the Report and Recommendation (ECF No. 8), acknowledging that bees came out of a Hertz Rental car passenger door, and merely stating that Hertz Rental has violated their "1st and 4th Amendments" constitutional rights, "is racial profiling and showing deliberate indifference" (*id*.). Such conclusory assertions fail to state any comprehensible claim on the facts presented. Therefore, in

accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Opinion and Order. *See* FED. R. CIV. P. 58.

For the above reasons and because this action was filed *in forma pauperis,* this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3), as recommended by the Magistrate Judge, that an appeal of this Judgment would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Accordingly:

**IT IS HEREBY ORDERED** that the Objection (ECF No. 8) is DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Report and Recommendation and herein.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.

Dated: June 20, 2019
/s/ Janet T. Neff
JANET T. NEFF
United States District Judge